MARY CIPRIANO, Plaintiff, Appellant, v. LUCY CIPRIANO and Others, Respondents, and JOHN CIPRIANO, Impleaded, Defendant, Appellant.— Action on an oral agreement whereby, as alleged, certain defendants agree to purchase premises at a foreclosure sale and to convey to plaintiff an undivided one-half interest therein. Judgment against plaintiff and the impleaded defendant, her husband, dismissing the complaint, and in favor of the individual defendants on their counterclaims for money loaned. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

ELIZABETH COLE, Respondent, v. CLIFFORD LOEW and J. D. CRONK & SONS, INC., Doing Business under the Firm Name and Style of the YELLOW CAB COMPANY, Appellants.— Action to recover damages for personal injuries sustained by plaintiff as the result of negligence resulting in a collision between a taxicab owned by the corporate defendant and a tank car owned by the individual defendant. The plaintiff was a passenger in the taxicab. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

COMMONWEALTH MANAGEMENT CORPORATION and Others, Appellants, v. JOHN J. BENNETT, JR., Attorney-General of the State of New York, Respondent.— Order denying motion to restrain defendant, during the pendency of the action, from entering into an examination of the business affairs and activities of the corporate plaintiffs, and to set aside subpœnas issued in connection with such examination, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur. (See *ante*, p. 784.)

REGINA A. DALY, Respondent, v. DAVID DALY, Appellant.— Order denying motion for reduction of alimony reversed on the law and the facts, without costs, and motion granted, without costs, so as to provide that defendant pay plaintiff from and after the date of notice of entry of order hereon the sum of $100 per month. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.